UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-24296-CIV-MORENO

JULIO C. PENA, an individual,

    Plaintiff,

vs.

FACCI OF MERRICK PARK, INC., a Florida
for-profit corporation, and KOSMAS KALAS,
an individual,

    Defendants.
_____/

**CERTIFICATION OF JULIO C. PENA**

1. I, **JULIO C. PENA**, being over eighteen (18) years of age, do hereby certify, pursuant to 28 U.S.C. § 1746(1), that the following statements are true and accurate.

2. I have personal knowledge of all facts stated herein except where otherwise specifically stated.

3. On December 13, 2019, Defendants served an Offer of Judgment for $10,000.00.

4. I discussed this Offer of Judgment with my attorneys on several occasions. I then made the decision to accept the Offer of Judgment.

5. On December 27, 2019, I accepted the Offer of Judgment by Defendants for $10,000.00.

6. My attorneys advised me that if I went to trial I might have obtained an amount lower then the $10,000.00 settlement amount.

7. However, I decided to accept the $10,000.00 settlement amount in order to avoid the delay in going to trial and the uncertainty.

8. This Certification was translated to me from English to Spanish before I signed it.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2020

_____
JULIO C. PENA

1. Yo, JULIO C. PENA, mayor de dieciocho (18) años de edad, certifico, de conformidad con 28 U.S.C. § 1746 (1), que las siguientes afirmaciones son verdaderas y precisas.

2. Tengo conocimiento personal de todos los hechos aquí establecidos, excepto donde se indique específicamente lo contrario.

3. El 13 de diciembre de 2019, los Demandados presentaron una oferta de juicio por $ 10,000.00.

4. Discutí esta oferta de juicio con mis abogados en varias ocasiones. Entonces tomé la decisión de aceptar la oferta de juicio.

5. El 27 de diciembre de 2019, acepté la Oferta de juicio de los Demandados por $ 10,000.00.

6. Mis abogados me aconsejaron que si fuera a juicio, podría haber obtenido un monto menor que el monto del acuerdo de $ 10,000.00.

7. Sin embargo, decidí aceptar el monto del acuerdo de $ 10,000.00 para evitar el retraso en el juicio y la incertidumbre.

8. Esta certificación me fue traducida del inglés al español antes de firmarla.

Certifico bajo pena de perjurio según las leyes de los Estados Unidos de América que lo anterior es verdad